1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  KATHERINE M. LLOYD-LOVETT (CABN 276256)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       katherine.lloyd-lovett@usdoj.gov
8
   Attorneys for United States of America
9

FILED
SEP 06 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4-19-71477 |
| Plaintiff, | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| OLEG KOSHKIN, | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on September 6, 2019, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon a

☐    Indictment

☐    Information

X    Criminal Complaint

☐    Other (describe) _____

pending in the District of Connecticut, Case Number 3:19-mj-1331.

In that case (copy of Criminal Complaint attached), the defendant is charged with violations of Title 18 United States Code, Sections 371 (conspiracy to intentionally cause damage to a protected

v. 7/10/2018

computer), and 1030(a)(5) and 2 (aiding and abetting the intentional causing of damage to a protected computer).

The maximum penalties are as follows:

18 U.S.C. § 371: five years' imprisonment; $250,000 fine; three years' supervised release; restitution; $100 mandatory special assessment.

18 U.S.C. §§ 1030(a)(5) and 2: ten years' imprisonment; $250,000 fine; three years' supervised release; restitution; $100 mandatory special assessment.

Respectfully Submitted,

DAVID L. ANDERSON
UNITED STATES ATTORNEY

Date: 9/6/19

KATHERINE M. LLOYD-LOVETT
Assistant United States Attorney

v. 7/10/2018

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

FILED
2019 AUG 28  P 4: 24
US DISTRICT COURT
BRIDGEPORT CT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Oleg Koshkin | ) | Case No. |
| | ) | 3:19mj 1331 (WIG) |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 2014 to April 7, 2017__ in the county of __New Haven__ in the _____ District of __CONNECTICUT__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| TITLE 18, UNITED STATES CODE, SECTIONS 371, 1030(a)(5), and 2 | Conspiracy to intentionally cause damage to a protected computer<br>Aiding and abetting the intentional causing of damage to a protected computer |

This criminal complaint is based on these facts:
See Attached Affidavit of FBI Special Agent Conor Phoenix

☐ Continued on the attached sheet.

_____
Complainant's signature

FBI SPECIAL AGENT CONOR PHOENIX
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/28/19

_____
Judge's signature

City and state:   BRIDGEPORT, CONNECTICUT         William Garfinkel, U.S. Magistrate Judge
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Oleg Koshkin | ) | Case No. 3:19mj1331 (WIG) |
| Defendant | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Oleg Koshkin                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

See Attached Affidavit of FBI S.A. Conor Phoenix

Date:  5/25/19

*Issuing officer's signature*

City and state:   Bridgeport, Connecticut            William I. Garfinkel, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____